

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-17-00456-CV

Monica Yvette **VARGAS**,
Appellant

v.

Jimmy Edward **ESTRADA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2006EM500512
Honorable Renée Yanta, Judge Presiding

# O R D E R

On August 1, 2017, the trial court clerk notified this Court that the clerk's record was not filed because appellant has failed to pay, or make arrangements to pay, the clerk's fee for preparing the record. Appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court on or before **August 25, 2017,** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk